1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant BARNETT

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                )
                                             )  No. CR 12-00320 YGR
                     Plaintiff,              )
                                             )   ORDER GRANTING
                                             )  STIPULATION ~~AND [PROPOSED]~~
12                                           )
                                             )  ~~ORDER~~ CONTINUING STATUS
13            v.                             )  DATE; EXCLUSION OF TIME
                                             )
14                                           )
    DANIEL BARNETT,                          )
15                                           )
                     Defendant.              )
16  ─────────────────────────────────────── )

17                        **STIPULATION**

18      IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in

19  this case with respect to Daniel Barnett, currently scheduled for Thursday, July 26, 2012, at 2:00 p.m.

20  before Honorable Yvonne Gonzalez Rogers, may be continued to Thursday, August 2, 2012, at 2:00

21  p.m. for status.  The reason for the continuance is that defense counsel received a summons to appear

22  in superior court for jury duty on July 26, 2012.  A continuance will allow defense counsel to be

23  present and also continue to review discovery with Mr. Barnett and prepare for the next court date.

24      The parties therefore stipulate that the time from July 26, 2012, to August 2, 2012, should be

25

26  excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(b), (h)(7)(A)

1   and (B)(iv) for continuity of counsel and adequate preparation of counsel so that counsel can be

2   present and also have additional time to review the evidence and case with Mr. Barnett prior to court.

3   DATED: 7/18/12                          _____/s/_____

4                                          JOYCE LEAVITT
                                           Assistant Federal Public Defender

5
6   DATED: 7/18/12                          _____/s/_____
                                           ANDREW M. SCOBLE

7                                          Assistant United States Attorney

8       I hereby attest that I have on file all holographed signatures for any signatures indicated by a

9   conformed signature (/s/) within this e-filed document.

10                                      **ORDER**

11      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date for  Daniel

12  Barnett is hereby continued from July 26, 2012, to Thursday, August 2, 2012, at 2:00 p.m. for status.

13      IT IS FURTHER ORDERED that the time from July 26, 2012, to August 2, 2012, is excluded

14  in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(b), (h)(7)(A) and

15
16  (B)(iv) for continuity of counsel and adequate preparation of counsel so that counsel can be present

17  and also continue to review the evidence and case with Mr. Barnett prior to the next court date.

18      The Court finds that there is good cause and that the ends of justice served by the granting of

19
20  the continuance outweigh the best interests of the public and the defendant in a speedy and public

21  trial and the failure to grant the requested continuance would unreasonably deny counsel the

22  reasonable time necessary for effective preparation, taking into account due diligence.

23      SO ORDERED.

24  DATED: July 19, 2012                    _____

25                                         HON. YVONNE GONZALEZ ROGERS
                                           United States District Judge

26

*U S v. Daniel Barnett*, CR 12-00320 YGR;
Stip. Cont. Status Date; Excluding time            - 2 -